**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JAMES WILLIAM HOWARD
ADC # 131692                                                                                                    PLAINTIFF

V.                              CASE NO. 2:10CV00158 JLH/BD

JONNIE JONES, *et al.*                                                                                      DEFENDANTS

## ORDER

Federal courts are required to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A. The Court must dismiss any part of a complaint where the prisoner has raised claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A.

In his Amended Complaint, Plaintiff has identified the John Doe Defendant as Jacob Laird. Accordingly, Plaintiff has stated an excessive force claim against Jacob Laird, and service of process is now appropriate for this Defendant.

The Clerk of Court is directed to prepare a summons for Defendant Laird, and the United States Marshal is directed to serve a copy of the Complaint and the Amended Complaint with any attachments (docket entry #2 and #9), and a summons for Defendant Laird through the St. Francis County Sheriff's Department, 313 Izard Street, Forrest City, Arkansas 72335, without prepayment of fees and costs or posting security.

IT IS SO ORDERED this 29th day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE