# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**JAMES WILLIAM HOWARD**
**ADC # 131692**                                                                                          **PLAINTIFF**

**V.**                    **CASE NO. 2:10CV00158 JLH/BD**

**JONNIE JONES,** *et al.*                                                                        **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. The Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's motion for temporary restraining order (docket entry #10) is DENIED, this 29th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE