**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JAMES W. HOWARD                                                                          PLAINTIFF
ADC #131692

v.                                              No. 2:10CV00158 JLH/BD

JONNIE JONES, *et al*.                                                                DEFENDANTS

## ORDER

James Howard has filed a motion for an extension of time within which to file objections to the partial recommended disposition submitted by United States Magistrate Judge Beth Deere on January 24, 2012. The motion is GRANTED. Document #86. The time within which Howard must submit his objections is extended up to and including February 16, 2012.

IT IS SO ORDERED this 9th day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE