**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JAMES WILLIAM HOWARD,                                                                        PLAINTIFF
ADC # 131692

v.                                         NO. 2:10CV00158 JLH/BD

JONNIE JONES, *et al.*                                                                       DEFENDANTS

## ORDER

The Court has received the Partial Recommended Disposition filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that it should be, and hereby is, approved and adopted as this Court's findings, in all respects.

Defendant St. Francis County's motion for summary judgment is GRANTED and it is DISMISSED with prejudice. Jonnie Jones, Jeff Goff, Jacob Laird, and Sonny Pettus's motion for partial summary judgment is GRANTED as to Mr. Howard's official capacity and deliberate indifference to serious medical condition claims. Jonnie Jones, Jeff Goff, Jacob Laird, and Sonny Pettus's motion for partial summary judgment is DENIED as to Mr. Howard's failure to protect and conditions of confinement claims.

IT IS SO ORDERED this 23rd day of February, 2012.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE